FILED
SUPERIOR COURT
OF GUAM

2018 MAY 31 PM 4:33

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| DAVID T. TAITANO,<br><br>                 Plaintiff,<br><br>vs.<br><br>HAIYING HE,<br><br>                 Defendant. | Superior Court Case No. **DM0309-18**<br><br><br>**DECISION AND ORDER DENYING REQUEST FOR SERVICE BY PUBLICATION** |

Plaintiff David Taitano requests that the Court permit service of process by publication. According to Taitano, Defendant Haiying He "resides in Guam and her whereabouts is unknown but her last known address is: Harmon, Guam." Decl. and Req. Serv. Pub., Posting, and Mailing (May 22, 2018). Taitano's Verified Complaint for Divorce seeks a divorce as well as a determination that he may retain certain community property assets. Thus, He has assets at stake in this case.

Persons who are not inhabitants of or found within Guam may be served with process by publication. GRCP 4(o). Service by publication, however, is a method of last resort and typically utilized only after the plaintiff has exhausted all other avenues to discover the defendant's whereabouts. *See Watts v. Crawford*, 896 P.2d 807, 811 (Cal. 1995) (en banc).

Taitano fails to present sufficient information to avail of resort to service by publication. While Taitano does not know He's current specific whereabouts, he believes she continues to reside in Guam. In other words, He is an inhabitant of Guam and can be "found within Guam." GRCP 4(o). At this juncture, Taitano has not justified the drastic means of service by publication and service by mail to a non-specific address. Taitano must make further efforts to locate He and serve her in person.

Therefore the Request for Service by Publication is DENIED.

ORIGINAL

SO ORDERED this 31st day of May 2018.

HON. ELYZE M. IRIARTE
**Judge, Superior Court of Guam**

SERVICE VIA COURT POST

I certify that a copy of the
original hereof was placed in the
court by ANRA S

5/31/18 Time:

Deputy Clerk, Court of Guam

ORIGINAL